IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:02-cr-00022-MP

ANTONIO HOUED,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 498, Motion to Correct a Scrivener's Error in Doc. 433, Order on Motion for Seizure of Property.  Having reviewed the motion, it is hereby

**ORDERED AND ADJUDGED:**

The motion at doc. 498 is granted.  The VIN number of the 1999 Honda Accord EX described in that order is hereby changed to 1HGCG2250XA026231, nunc pro tunc.

**DONE AND ORDERED** this  *21st*  day of November, 2006

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge