IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:02-cr-00022-MP

ANTONIO HOUED,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 537, Government's Motion to Dismiss Order of Seizure as to Antonio Houed. Previously, in Doc. 433, the Court ordered the seizure of various items. As set out in Exhibit A to Doc. 537, investigators have been unable to find the five vehicles described therein, and the government now seeks to dismiss the order of seizure with regard to them. Accordingly, it is now

**ORDERED AND ADJUDGED:**

The Order of Seizure, Doc. 433, is dismissed with regard to the five vehicles described in Exhibit A to Doc. 537.

**DONE AND ORDERED** this _23rd_ day of March, 2010

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge